**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 N. Capitol Ste. 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
rose@huttallcoleman.com

ATTORNEYS FOR DEFENDANT
**HARGEET SINGH LONGIA**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: **1:09CR00463 LJO** |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING AND RELATED DATES FOR FILING OF OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT** |
| vs. | |
| **HARGEET SINGH LONGIA**, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the attorneys for the respective parties hereto that the dates for the filing of objections to the Presentence Investigation Report and the Sentencing be continued two weeks as follows:

INFORMAL Objections Due to

   Probation and to AUSA:                          January 21, 2011

Objection Filed with Court and Served

   On USPO and AUSA:                             February 4, 2011

Sentencing:                                            February 11, 2011

The reason for this request is that counsel for Defendant herein has been in a Fresno County Superior Court trial for the past three weeks which completed on January 6, 2011.

Counsel has not had an opportunity to go over the report with Mr. Longia in order to prepare the Informal Objections. Counsel plans to file such a report as soon as possible.

Counsel's office has spoken with Assistant U.S. Attorney, Laurel Montoya, who has no objection to this short continuance.

DATED: January 11, 2011.

           NUTTALL & COLEMAN

         BY: /s/ Roger t. Nuttall
           ROGER T. NUTTALL
           Attorneys for Defendant
           HARGEET SINGH LONGIA

DATED: January 11, 2011.

         BY: /s/ Laurel Montoya
           Assistant U.S. Attorney

***************

# **O R D E R**

Good cause appearing,

**IT IS SO ORDERED.**

DATED: January 12, 2011.      /s/ Lawrence J. O'Neill
                   LAWRENCE J. O'NEILL
                   Judge, United States District Court